# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**RACHELLE J. DOUCET**                                                           **PLAINTIFF**

**v.**                                   **Case No. 4:17-cv-00720-KGB**

**ROBBY DALE ABERNATHY,** *et al.*                                            **DEFENDANT**

## ORDER

Before the Court is the parties' stipulation of dismissal (Dkt. No. 23). The parties stipulate that all of the claims stated in plaintiff Rachelle Doucet's complaint should be dismissed with prejudice, and each party should bear its own costs and fees (*Id.*). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal (*Id.*). The action is dismissed with prejudice, and each party will bear its own costs and fees. The pending motions are denied as moot (Dkt. Nos. 9, 15).

So ordered this 14th day of December, 2018.

_____
Kristine G. Baker
United States District Judge